UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
APR 1 5 2002
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: EP-01-CA-00084-EP |
| EARTHGRAINS BAKING CO., INC., ) ) | |
| Defendant. ) | |

**ORDER GRANTING JOINT MOTION TO ENTER CONSENT DECREE**

On this date, the Court signed the Consent Decree drafted by the parties in the above-styled and numbered cause, received March 29, 2001. Therein, the parties agree that such Consent Decree "resolves those claims against Earthgrains raised in EEOC's Complaint, and any amendments thereto, in this case."

Accordingly, the Court GRANTS the parties' joint motion to enter consent decree (docket entry #20) and, consistent with the duration provision of the Consent Decree, ORDERS the district clerk to close this case subject to a party's motion to reopen the cause for the purpose of enforcing certain provisions of the Consent Decree.

SIGNED this _11th_ day of _April_ 2002.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE